# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **MIGUEL MIRANDA,** | ) |
| **Petitioner,** | ) |
| v. | ) Case No.: 4:15-cv-00848-VEH-SGC |
| **JEH JOHNSON, Secretary, et al.,** | ) |
| **Respondents.** | ) |

## MEMORANDUM OPINION

On February 2, 2015, Petitioner Miguel Miranda, a/k/a David Martin ("Petitioner"), filed this action (the "Petition") pursuant to 28 U.S.C. §2241. (Doc. 1). He asserts a claim under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing he has been detained longer than constitutionally permissible in violation of his due process rights. (Doc. 1). On February 22, 2017, the magistrate recommended that the Petition be **DENIED**. (Doc. 21). The time for objections to the recommendation has elapsed, and no objections have been filed.

Having carefully considered *de novo* all of the information in the court file, including the report and recommendation, the Court is of the opinion that the magistrate's recommendation ought to be, and hereby is, **APPROVED** and

**ADOPTED** as the opinion of this Court.  The Court expressly finds that, for the reasons stated in the magistrate's recommendation, the Petition is due to be **DENIED with prejudice**.  A separate final order will be entered.

    **DONE** this 15th day of March, 2017.

                                             **VIRGINIA EMERSON HOPKINS**
                                             United States District Judge